## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

In Re: Vicki Greco )
Attorney at Law, Bar No. 8476 )
)
) Case No.: 2:16-ms-0077
)
) **ORDER OF SUSPENSION**
)
)
)
)

On November 10, 2016, this Court entered an Order to Show Cause for Vicki Greco, mailed via certified mail with a Certified Mail Return Receipt date of delivery of December 5, 2016. The Order to Show Cause provided Ms. Greco with 30 days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Ms. Greco. Failure to respond within 30 days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Vicki Greco, Nevada State Bar #8476, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this   11   day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

  Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  11th  day of January, 2017, I caused to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

  Vicki Greco
  c/o John George, Esq.
  The Law Office of John George
  732 South 6th Street, Suite 100
  Las Vegas, NV 89101

  Certified Mail No.:   7015 3010 0002 3530 7089

  /s/
  Deputy Clerk
  United States District Court,
  District of Nevada