# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: VICKI GRECO )<br>ATTORNEY AT LAW, BAR NO. 8476 )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br>_____ ) | Case No.: 2:16-ms-00077<br><br>**ORDER OF DISBARMENT** |

Attorney Vicki Greco, Nevada Bar No. 8476, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed April 5, 2019. On April 10, 2019, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of April 24, 2019. The Order to Show Cause provided Ms. Greco with thirty (30) days to respond with reasons why she should not be disbarred from the practice of law in this Court. No response has been received from Ms. Greco. Failure to respond within thirty (30) days warrants an Order of Disbarment. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Vicki Greco, Nevada State Bar No. 8476, is hereby **DISBARRED** from practice in United States District Court for the District of Nevada.

**DATED** this __24__ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  28 day of May, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Vicki Greco
>c/o John George, Esq
>The Law Office of John George
>Las Vegas, NV 89101

Certified Mail No.:   7012 2920 0000 1532 0615

>/s/ L.Quintero
>Deputy Clerk
>United States District Court,
>District of Nevada